judgment by the parties seeking indemnification *(see, McCabe v Queensboro Farm Prods.,* 22 NY2d 204, 208; *Schwalm v County of Monroe,* 158 AD2d 994; Siegel, NY Prac § 159, at 240 [2d ed]). That common-law right of indemnification against Combustion Engineering also encompasses the right of defendants and third-party plaintiffs to recover attorneys' fees, costs and disbursements incurred in their defense of plaintiffs' action, but not the legal expenses incurred in prosecuting the third-party action for indemnification *(see, Chapel v Mitchell,* 84 NY2d 345, 347-348).

We modify the order on appeal, therefore, by deleting that portion of the first ordering paragraph that conditions common-law indemnification on a finding of negligence by Combustion Engineering, and by instead conditioning common-law indemnification upon the payment by defendants and third-party plaintiffs of a judgment and their attorneys' fees, costs and disbursements incurred in their defense of plaintiffs' action.

All concur except Fallon, J., who dissents in part in accordance with the following Memorandum.

Fallon, J. (dissenting in part). I dissent in part. In my view, defendants and third-party plaintiffs were entitled to contractual as well as common-law indemnification because they established that Combustion Engineering was "strictly liable" under the terms of the indemnification agreement *(see,* Labor Law § 240 [1]). (Appeals from Order of Supreme Court, Onondaga County, Major, J.—Indemnification.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of IRONWORKERS LOCAL No. 60 TRAINING, SKILL IMPROVEMENT, EDUCATION AND APPRENTICESHIP FUND, by J. KEVIN McDERMOTT, as Trustee, Appellant, v DEPARTMENT OF ASSESSMENT OF THE CITY OF SYRACUSE et al., Respondents. (Appeal No. 1.) [635 NYS2d 548] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Amended Order of Supreme Court, Onondaga County, Roy, J.—Tax Certiorari.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ In the Matter of IRONWORKERS LOCAL No. 60 TRAINING, SKILL IMPROVEMENT, EDUCATION AND APPRENTICESHIP FUND, by J. KEVIN McDERMOTT, as Trustee, Appellant-Respondent, v DEPARTMENT OF ASSESSMENT OF THE CITY OF SYRACUSE et al., Respondents-Appellants. (Appeal No. 2.) [635 NYS2d 549] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondents' motion to dismiss the petition brought pursuant to RPTL article 7. Although that